UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHAD BATTLEY                                                CIVIL ACTION

VERSUS

NATIONAL SPECIALTY INSURANCE                    NO.: 13-447-BAJ
COMPANY, ET AL

## RULING AND ORDER

Before the Court is a **Motion to Remand (Doc. 4)**, filed by Plaintiff Chad Battley, seeking an order from this Court remanding the above-captioned matter to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana. Defendants National Specialty Insurance Co., New Energy Transport, Inc., and Roy Sholar (collectively "Defendants") oppose the motion. (Doc. 10.)

On November 12, 2013, United States Magistrate Judge Richard L. Bourgeois, Jr. issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that Plaintiffs' Motion to Remand be granted. (Doc. 11.)

On May 29, 2013, Defendants timely filed written objections to the Magistrate Judge's Report and Recommendation. (Doc. 12.) However, after carefully considering Plaintiff's Motion to Remand, Defendants' Opposition to the Motion to Remand, the Magistrate Judge's Report and Recommendation, Defendants' Objections to the Magistrate Judge's Report and Recommendation, Plaintiff's Memorandum in Opposition to Defendants' Objections to Magistrate Judge's Report and

Recommendations, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 11)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, <u>March 12, 2014</u>.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA